UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In re HERNAN OROZCO,

        Plaintiff.                   No. C 13-2119 EDL (PR)

_____/    **ORDER OF TRANSFER**

    This case was opened when plaintiff wrote a letter to the court regarding medical care. In an effort to protect his rights, it was filed as a new case. However, plaintiff describes events at Coalinga State Hospital in Fresno County which lies within the venue of the United States District Court for the Eastern District of California. Venue, therefore, properly lies in that district and not in this one. See 28 U.S.C. § 1391(b).

    This case is **TRANSFERRED** to the United States District Court for the Eastern District of California. See 28 U.S.C. § 1406(a).

**IT IS SO ORDERED.**

Dated: May 10, 2013.

                              ELIZABETH D. LAPORTE
                              United States Chief Magistrate Judge

G:\PRO-SE\EDL\CR.13\Orozco2119.trn.wpd