# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERNAN OROZCO, | CASE No. 1:13-cv-00706-MJS (PC) |
| Plaintiff, | VOLUNTARY DISMISSAL OF ACTION |
| | (ECF No. 8) |
| v. | CLERK SHALL CLOSE CASE |
| JILL BARABE, RN, | |
| Defendant. | |

Plaintiff Hernan Orozco is civilly committed to Coalinga State Hospital. This case was opened when Plaintiff wrote an April 22, 2013 letter to the Court regarding medical care. (ECF No. 1.) To protect Plaintiff, the letter was treated as a new case filing.

However, on May 23, 2013, Plaintiff notified the Court that it had not been his intent that the April 22nd letter be considered a new prisoner § 1983 action; he requested that the erroneously opened action be closed. (ECF No. 8.)

Under Fed. R. Civ. P. 41(a)(1)(A), a plaintiff may dismiss an action without a court order by filing a notice of dismissal. Plaintiff's May 23, 2013 notice is sufficient as a notice of dismissal under Rule 41.

Accordingly, pursuant to Fed. R. Civ. P. 41, this action is hereby DISMISSED

1  without prejudice.
2       The Clerk shall CLOSE this case.

13  IT IS SO ORDERED.
14  Dated:   May 30, 2013                    /s/ *Michael J. Seng*
                                             UNITED STATES MAGISTRATE JUDGE