UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Hernan Orozco,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Jill Barabe, R.N.,<br><br>　　　　Defendant. | Case No.  1:13-cv-00706-MJS (PC)<br><br>**ORDER DISREGARDING ADDENDUM TO MOTION FOR ENFORCEMENT OF WRIT OF MANDAMUS**<br><br>**(ECF No. 10)** |

　　　　Plaintiff is a civil detainee proceeding pro se in a civil rights action pursuant to 28 U.S.C. § 1983. The action was dismissed on May 30, 2013, pursuant to Plaintiff's notice of voluntary dismissal. (ECF Nos. 8 & 9.)

　　　　On January 8, 2015, Plaintiff filed an addendum to a motion for enforcement of a writ of mandamus. (ECF No. 10.) The addendum pertains to a petition before the United States Court of Appeals for the Ninth Circuit, Case No. 13-73461. It does not pertain to this action, which, in any event, is closed.

　　　　Accordingly, Plaintiff's addendum is HEREBY DISREGARDED.

IT IS SO ORDERED.

Dated:　January 13, 2015　　　　　　　/s/ *Michael J. Seng*
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE